UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD AYUBI and NASIRA AYUBI, | No. 2:16-mc-0024 MCE AC |
| Petitioners, | |
| v. | ORDER |
| UNITED STATES OF AMERICA; JOHN KOSKINEN, COMMISSIONER OF INTERNAL REVENUE; and VICKI SIMMONS, REVENUE AGENT, | |
| Respondents. | |

Petitioner has filed a petition, pursuant to 26 U.S.C. § 7609(b)(2), to quash three Internal Revenue Service summonses. ECF No. 1. The case has been referred to the undersigned U.S. Magistrate Judge by E.D. Cal. R. ("Local Rule") 302(c)(10).

On February 9, 2016, petitioner was ordered to serve the petition within 14 days, and to file a certificate of such service within 7 days after service was made. Petitioner has not filed the required certificate of service within the time allotted.

////

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner is Ordered To Show Cause, in
2 writing no later than 14 days after the date of this order, why this matter should not be dismissed
3 for lack of prosecution.
4 DATED: March 30, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE